KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
OLIVER R. LEWIS, State Bar No. 133557
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5495
 Fax: (916) 322-8288
 E-mail: Oliver.Lewis@doj.ca.gov
*Attorneys for Defendants*
*Danny Lecce and J.D. Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH EDWARD BROWN,** | 2:16-CV-1154 KJM AC PS |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |
| v. | [FRCP 41(a)(1)(ii)] |
| **BRIAN P. KELLY, J. D. ORNELAS, DANNY LECCE, JOSEPH FARROW, S. T. DICKSON, EDMOND J. BROWN, JR.,** | |
| Defendants. | |

Plaintiff KEITH EDWARD BROWN and Defendants DANNY LECCE and J.D. ORNELAS hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:   October 12, 2016           /s/ **Keith Edward Brown**
                                     Keith Edward Brown,
                                     Plaintiff in pro se

1

Dated:  October 12, 2016

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

**/s/ Oliver R. Lewis**

OLIVER R. LEWIS
Deputy Attorney General
*Attorneys for Defendants*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated: October 13, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2016301310
32611463.doc